Recently, in Ramirez v. State, Tex.Cr. App., 240 S.W.2d 322, we had an opportunity to distinguish between jury misconduct which occurred within the jury room and that occurring outside.

 In the case at bar, the trial court, irrespective of the defect in the motion, proceeded to hear evidence from a number of the jurors. The motion before the court was insufficient as a pleading in that it was not supported by the requisite affidavit of a member of the jury, and, therefore, his action in overruling the same at any stage of the proceedings could not be assigned as error.

Finding no reversible error, the judgment of the trial court is affirmed.

## NUNEZ v. STATE.
### No. 25549.

Court of Criminal Appeals of Texas.

Dec. 5, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty. of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for possession of a narcotic drug, with the punishment being assessed by the jury at 5 years in the penitentiary.

The record is before this court without either a statement of facts or bill of exception. All proceedings appear regular.

No question being presented for review, the judgment is affirmed.

Opinion approved by the Court.